STATE OF NEW YORK
SUPREME COURT   COUNTY OF ONTARIO

BETH HARRISON,

       Plaintiff

    v.

APD ENGINEERING & ARCHITECTURE, PLLC
AND DANIEL SARGENT,

       Defendants

Civil Action No. 25cv6831

## ACCEPTANCE OF SERVICE

    I, Jennifer A. Shoemaker, Esq., on this date accepted service on behalf of APD Engineering & Architecture, PLLC, and Daniel Sargent of the Complaint and Summons in this matter, reserving all rights, claims, defenses, or objections to the Complaint except for those based on a defect in the service of process.


Dated: January  12 , 2026

                                                  **UNDERBERG & KESSLER, LLP**

                                      By:  _/s/ Jennifer A. Shoemaker_____
                                                Jennifer A. Shoemaker, Esq.
                                                300 Bausch and Lomb Place
                                                Rochester, New York 14604
                                                Telephone: (585) 258-2825
                                                jshoemaker@underbergkessler.com
                                                *Attorneys for Defendants APD Engineering & Architecture, PLLC, and Daniel Sargent*