UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BETH HARRISON,

                      Plaintiff,

   v.

APD ENGINEERING & ARCHITECTURE, PLLC and DANIEL SARGENT,

                      Defendants.

**DISCLOSURE STATEMENT**

Case No.  6:25-CV-06831

---

In compliance with the requirements of Fed. R. Civ. P. 7.1 and General Order 157 Defendant, APD Engineering & Architecture, PLLC ("Defendant APD"), by its attorneys Underberg & Kessler LLP, files this Disclosure Statement and states as follows:

Defendant APD does not have any parent corporation or publicly held corporation owning 10% or more of its stock.

All members or individuals in leadership positions along with their titles of Defendant APD are listed as follows:

1. Daniel Sargent, Senior Principal of Architecture, CEO & President

2. Michael Hochadel, Principal of Architecture, Executive Vice President

3. Brent Powell, Senior Principal of Structural Engineering, Vice President of Operations

4. Christopher Kambar, Senior Principal of Civil Engineering

5. Todd Markevicz, Senior Principal of Civil Engineering

6. Amanda Speranza-Kelly, Principal of Architecture

7. Adam Noga, Principal of Architecture

8. Brian Grinnell, Principal of Architecture

9. Steven Flint, Principal of Structural Engineering

Dated: March 3, 2026
      Rochester, New York

UNDERBERG & KESSLER LLP

/s/ *Jennifer M. Shoemaker*
Jennifer M. Shoemaker, Esq.
*Attorneys for Defendants*
300 Bausch & Lomb Place
Rochester, New York 14604
Tel.: (585) 258-2800
jshoemaker@underbergkessler.com

TO: Gregory L. Silverman, Esq.
GREGORY L. SILVERMAN, PLLC
*Attorneys for Plaintiff*
118 Genesee Street
Geneva, New York 14456
Tel.: (585) 480-6686
greg@silverman-law.com