UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BETH HARRISON,

      Complainant,

      v.

APD ENGINEERING AND ARCHITECTURE,
PLLC AND DANIEL SARGENT,

      Respondents.

**DISCOVERY PLAN
(PROPOSED)**

Case No. 10240720

Pursuant to Fed. R. Civ. P. Rules 16 and 26 and Local Rule 16, the parties, through their respective counsel, state as follows:

### Pre-Discovery

1.    The names of the attorneys or parties who will appear at a Rule 16 conference are: Gregory L. Silverman (greg@silverman-law.com), and Jennifer A. Shoemaker (jshoemaker@underbergkessler.com).

2.    The parties met and conferred on March 23, 2026, and it was attended by Gregory L. Silverman and Jennifer A. Shoemaker.

3.    Plaintiff generally alleges that his employment was terminated because of her age violation of the Age Discrimination Employment Act (ADEA) in New York State Human Rights Law (HRL). Defendants generally deny Plaintiff's claims.

4.    No discovery has been exchanged prior to the Rule 16 conference.

5.    The parties have discussed whether ESI will be produced and have determined an ESI protocol is not necessary at this time.

6.    The parties have discussed the necessity of a protective order, and Defendants may propose a protective order at a later date.

7.      The parties consent to the jurisdiction of a magistrate judge.

**Phase 1 Discovery**

8.      Compliance with the mandatory initial disclosure requirements found in Rule 26(a)(1) of the Fed. R. Civ. P. will be accomplished by April 10, 2026.

9.      In accordance with Section 2.1A of the Plan for Alternative Dispute Resolution, this case has been referred to mediation.

a)  The completion of preliminary discovery necessary for a settlement conference or mediation shall be accomplished by September 14, 2026.

b)  The parties shall confer and select a Mediator, confirm the Mediator's availability, ensure that the Mediator does not have a conflict with any of the parties in the case, and identify a date and time for the initial mediation session no later than June 22, 2026. The initial mediation session shall be held no later than November 25, 2026.

c)  The parties will file a stipulation confirming their selection on the form provided by the Court no later than July 1, 2026.

d)  Motions to opt out of ADR shall be filed no later than April 30, 2026.

e)  Defendant's representatives (in addition to litigation counsel) with authority to settle and all other persons necessary to negotiate a settlement, such as insurance carriers, must attend the ADR.

10.     The parties anticipate no changes in the limitations on discovery as provided in Fed. R. Civ. P. 30 (depositions), Fed. R. Civ. P. 33 (interrogatories), and Fed. R. Civ. P. 34 (document requests). Defendants agree to cooperate with scheduling depositions of its current employees and to make them available for deposition without formal service of a subpoena. The

2

parties consent to email service of written discovery and document productions. The date of service shall be the date the email is sent without a requirement that hardcopies be served.

### Phase 2 Discovery

11.     All fact discovery in this case shall conclude on January 15, 2027.

12.     All motions to amend the pleadings shall be due February 15, 2027.

13.     All motions to compel fact discovery shall be filed on or before January 15, 2027.

14.     At this time, the parties may retain expert witnesses in this case. To the extent that either party does retain expert witnesses, Plaintiff shall identify any expert witnesses and produce their report by March 12, 2027; and Defendant shall identify any expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by April 12, 2027. Plaintiff shall identify any rebuttal expert witness and produce their reports by May 12, 2027. Expert discovery shall close by July 12, 2027.

15.     If there is no expert discovery, dispositive motions, if any, shall be filed no later than March 15, 2027. If the parties engage in expert discovery, any dispositive motions shall be filed no later than September 10, 2027.

16.     A jury trial is requested and the anticipated length of trial is 4-5 days.

**SO ORDERED**

Dated: _____
        Rochester, New York

                                        _____
                                        Mark Pedersen
                                        United State Magistrate Judge

3