UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Beth Harrison                    ,

Plaintiff,

v.

APD Engineering & Architecture, PLLC and Daniel Sargent ,

Defendant.

---

**STIPULATION
SELECTION OF MEDIATOR**

25-CV-6831

IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that   Steven Modica          , Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on  10/7/2026  at  9:30 a.m.                   .

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated:  8/11/2026

/s/ Gregory L. Silverman
_____
Counsel for Plaintiff(s)

/s/ Jennifer A. Shoemaker
_____
Counsel for Defendant(s)